38 F.3d 466
 Maria E. ESPINOZA; Gilbert Espinoza; Mary Ellen Cale,
guardian ad litem, Plaintiffs-Appellees,
v.
Brian DUNN; Geody Okamoto; Patrick Martin; Dan Smith,
Defendants-Appellants.
 Nos. 91-56353, 91-56389 and 92-56018.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 17, 1995.
 
 Before FLETCHER, PREGERSON and HALL, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed October 20, 1994, 38 F.3d 462 (9th Cir.1994) is withdrawn.